# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 06, 2013

Mr. Cedric M. Wilson
Number 3
929 Aurora Avenue
Saint Paul, MN  55104

RE:  13-3630  Cedric M. Wilson v. National Security Agency

Dear Mr. Wilson:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court together with notification that the docket fee is due. This appeal has been docketed today under the number indicated. Please include the caption and case number on all correspondence or pleadings submitted to this court.

Pursuant to Rule 3(e), Federal Rules of Appellate Procedure you must pay this court's docket fee of $500 and the $5.00 filing fee to the clerk of the district court in addition to any applicable district court fees. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Michael E. Gans  
Clerk of Court

CYZ

Enclosures

cc: Mr. Richard Sletten

District Court/Agency Case Number(s): 0:13-cv-02330-JNE

**Caption For Case Number:   13-3630**

Cedric M. Wilson

        Plaintiff - Appellant

v.

National Security Agency

        Defendant - Appellee

**Addresses For Case Participants:   13-3630**

Mr. Cedric M. Wilson
Number 3
929 Aurora Avenue
Saint Paul, MN  55104

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000