13-3630  Cedric M. Wilson v. National Security Agency

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/06/2013

**Case Name:**   Cedric M. Wilson v. National Security Agency
**Case Number:**  13-3630

**Docket Text:**
Civil case docketed. [4103241] [13-3630]

**The following document(s) are associated with this transaction:**
Document Description:  Notice of Appeal

**Notice will be mailed to:**

Mr. Cedric M. Wilson
Number 3
929 Aurora Avenue
Saint Paul, MN  55104

**Notice will be electronically mailed to:**

Mr. Richard Sletten: appeals@mnd.uscourts.gov