# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3630

Cedric M. Wilson

Appellant

v.

National Security Agency

Appellee

___

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-02330-JNE)

___

**MANDATE**

In accordance with the judgment of 01/03/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 20, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit